**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: April 27, 2017.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | |
| WBH ENERGY, LP, | § | Case No. 15-10003-HCM |
| WBH ENERGY PARTNERS LLC | § | (Chapter 11) |
| WBH ENERGY GP, LLC | § | (Jointly Administered) |
| | § § | |
| Debtors. | § | |
| CL III FUNDING HOLDING COMPANY, LLC, | § § | |
| Plaintiff, | § | |
| v. | § | Adversary No. 15-01079-HCM |
| INWELL II, LLC | § | |
| Defendant. | § § | |

**ORDER SETTING TRIAL AND DEADLINE
FOR FILING JOINT AMENDED PRETRIAL ORDER**

On April 27, 2017, the Court conducted a Pre-Trial Conference in this adversary proceeding. Counsel for Plaintiff CL III Funding Holding Company, LLC ("Castlelake") and counsel for Defendant Inwell II, LLC ("Inwell") appeared at the conference. The Court and counsel discussed clarifications and amendments to the Proposed Joint Pretrial Order ("Joint PTO") (dkt# 108) previously submitted by the parties. After

1

considering the statements of counsel and the status of this adversary proceeding, the Court finds that a Joint Amended Pretrial Order should be filed, a trial on the merits should be set in this adversary proceeding, and that the following Order should be entered.

**IT IS THEREFORE ORDERED, AND NOTICE IS HEREBY GIVEN AS FOLLOWS:**

1. By June 15, 2017, the parties shall file an Joint Amended Pretrial Order with the Court

2. Trial on the merits in this adversary proceeding is hereby set for <u>June 23, 2017 at 10:00 a.m. (CT)</u>, in the US Bankruptcy Court, Courtroom #2, 903 San Jacinto Blvd., Austin, Texas.

3. In the event of settlement, the parties should promptly notify the Court that this proceeding has been settled.

# # #

United States Bankruptcy Court
Western District of Texas

CL III Funding Holding Company, LLC,
    Plaintiff

Adv. Proc. No. 15-01079-hcm

WBH Energy, LP,
    Defendant

## CERTIFICATE OF NOTICE

```
District/off: 0542-1           User: boydl                 Page 1 of 2                 Date Rcvd: Apr 27, 2017
                               Form ID: pdfintp            Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2017.
```
aty            +Trey A Monsour,    K&L Gates LLP,    1000 Main Street,    Suite 2550,    Houston, TX 77002-6337
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust            +E-mail/Text: ustpregion07.au.ecf@usdoj.gov Apr 28 2017 11:52:17
                 United States Trustee - AU12,    United States Trustee,    903 San Jacinto Blvd, Suite 230,
                 Austin, TX 78701-2450
intp           +E-mail/Text: ustpregion07.au.ecf@usdoj.gov Apr 28 2017 11:52:16      U.S. Trustee,
                 903 San Jacinto Ste #230,    Austin, TX 78701-2450
                                                                                              TOTAL: 2
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust*           +U.S. Trustee,    903 San Jacinto Ste #230,    Austin, TX 78701-2450
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2017                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2017 at the address(es) listed below:
```
              Brian W. Zimmerman    on behalf of Counter Claimant    Inwell II, LLC d/b/a Inwell, LLC
               bzimmerman@zimmerlaw.com,
               nreisch@zimmerlaw.com;kmyatt@zimmerlaw.com;mdrake@zimmerlaw.com;amartin@zimmerlaw.com;jwoods@zimm
               erlaw.com
              Brian W. Zimmerman    on behalf of Defendant    Inwell II, LLC d/b/a Inwell, LLC
               bzimmerman@zimmerlaw.com,
               nreisch@zimmerlaw.com;kmyatt@zimmerlaw.com;mdrake@zimmerlaw.com;amartin@zimmerlaw.com;jwoods@zimm
               erlaw.com
              Carl   Dore, Jr    on behalf of Defendant    Susser Energy Services carl@dorelawgroup.net,
               bbollman@dorelawgroup.net
              Carl   Dore, Jr    on behalf of Defendant    Halliburton Energy Services, Inc. carl@dorelawgroup.net,
               bbollman@dorelawgroup.net
              Carl   Dore, Jr    on behalf of Defendant    Pioneer Fishing and Rental Services, LLC
               carl@dorelawgroup.net,    bbollman@dorelawgroup.net
              Carl   Dore, Jr    on behalf of Defendant    PCS Ferguson, Inc. carl@dorelawgroup.net,
               bbollman@dorelawgroup.net
              Carl   Dore, Jr    on behalf of Defendant    Weatherford US, LP carl@dorelawgroup.net,
               bbollman@dorelawgroup.net
              Carl   Dore, Jr    on behalf of Defendant    Key Energy Services, LLC carl@dorelawgroup.net,
               bbollman@dorelawgroup.net
              Carl   Dore, Jr    on behalf of Defendant    Flowco Production Solutions, LLC carl@dorelawgroup.net,
               bbollman@dorelawgroup.net
              Carl   Dore, Jr    on behalf of Defendant    Multi-Chem Group, LLC carl@dorelawgroup.net,
               bbollman@dorelawgroup.net
              Carl   Dore, Jr    on behalf of Defendant    Morrison Supply Company, Inc. carl@dorelawgroup.net,
               bbollman@dorelawgroup.net
              Carl   Dore, Jr    on behalf of Defendant    Challenger Process Systems carl@dorelawgroup.net,
               bbollman@dorelawgroup.net
              Carolyn Virginia Carollo    on behalf of Plaintiff    CL III Funding Holding Company, LLC
               carolyncarollo@snowspencelaw.com,    janissherrill@snowspencelaw.com
              Cleve J. Glenn    on behalf of Defendant    Surf Frac Wellhead Equipment Company, Inc
               cglenn@seyfarth.com,    bmaxwell@seyfarth.com
              David R. Clouston    on behalf of Defendant    BTI Services dclouston@sessions-law.biz,
               wwhite@sessions-law.biz
```

```
District/off: 0542-1           User: boydl                 Page 2 of 2                  Date Rcvd: Apr 27, 2017
                               Form ID: pdfintp            Total Noticed: 3

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jason G. Cohen    on behalf of Defendant    WBH Energy, LP jason.cohen@bgllp.com
              Jerrod L Allen    on behalf of Defendant    Basic Energy Services, LP jallen@westallenlaw.com,
               agriffith@westallenlaw.com;tadkisson@westallenlaw.com;bbryson@westallenlaw.com;aischy@westallenla
               w.com;mlamar@westallenlaw.com;cliff.wade@mbl-law.com
              Kenneth P. Green    on behalf of Plaintiff    CL III Funding Holding Company, LLC
               kgreen@snowspencelaw.com,
               janissherrill@snowspencelaw.com;rhondarackley@snowspencelaw.com;carolyncarollo@snowspencelaw.com;
               blakehamm@snowspencelaw.com
              Kenneth P. Green    on behalf of Counter Defendant    CL III Funding Holding Company, LLC
               kgreen@snowspencelaw.com,
               janissherrill@snowspencelaw.com;rhondarackley@snowspencelaw.com;carolyncarollo@snowspencelaw.com;
               blakehamm@snowspencelaw.com
              Mark Curtis Taylor    on behalf of Defendant    U.S. Energy Development Corporation
               mark.taylor@wallerlaw.com,    tammy.greenblum@wallerlaw.com;annmarie.jezisek@wallerlaw.com
              Micheal W. Bishop    on behalf of Defendant    P.L.P.S., Inc. mbishop@grayreed.com
              Micheal W. Bishop    on behalf of Counter Claimant    P.L.P.S., Inc. mbishop@grayreed.com
              William R. Sudela    on behalf of Defendant    Nabors Completion & Production Services Co.
               wsudela@cjmlaw.com
              William R. Sudela    on behalf of Defendant    Canrig Drilling Technology Ltd. wsudela@cjmlaw.com
              William R. Sudela    on behalf of Defendant    Gladiator Energy Services LLC wsudela@cjmlaw.com
              William R. Sudela    on behalf of Defendant    Schlumberger Technology Corporation
               wsudela@cjmlaw.com
              William R. Sudela    on behalf of Defendant    Cressman Tubular Products Corporation
               wsudela@cjmlaw.com
              William R. Sudela    on behalf of Defendant    M-I L.L.C. d/b/a M-I Swaco wsudela@cjmlaw.com
              William R. Sudela    on behalf of Defendant    Pumpco Services, Inc. wsudela@cjmlaw.com
              William R. Sudela    on behalf of Defendant    Nabors Drilling USA, LP wsudela@cjmlaw.com
              William R. Sudela    on behalf of Defendant    Natural Gas Services Group, Inc. wsudela@cjmlaw.com
              William R. Sudela    on behalf of Defendant    Smith International, Inc. d/b/a Thomas Tools
               wsudela@cjmlaw.com
              Zachary S McKay    on behalf of Defendant    Flowco Production Solutions, LLC
               zmckay@dorelawgroup.net,    bbollman@dorelawgroup.net
              Zachary S McKay    on behalf of Defendant    Weatherford US, LP zmckay@dorelawgroup.net,
               bbollman@dorelawgroup.net
              Zachary S McKay    on behalf of Defendant    Key Energy Services, LLC zmckay@dorelawgroup.net,
               bbollman@dorelawgroup.net
              Zachary S McKay    on behalf of Defendant    Challenger Process Systems zmckay@dorelawgroup.net,
               bbollman@dorelawgroup.net
              Zachary S McKay    on behalf of Defendant    Morrison Supply Company, Inc. zmckay@dorelawgroup.net,
               bbollman@dorelawgroup.net
              Zachary S McKay    on behalf of Defendant    Pioneer Fishing and Rental Services, LLC
               zmckay@dorelawgroup.net,    bbollman@dorelawgroup.net
              Zachary S McKay    on behalf of Defendant    PCS Ferguson, Inc. zmckay@dorelawgroup.net,
               bbollman@dorelawgroup.net
              Zachary S McKay    on behalf of Defendant    Halliburton Energy Services, Inc.
               zmckay@dorelawgroup.net,    bbollman@dorelawgroup.net
              Zachary S McKay    on behalf of Defendant    Multi-Chem Group, LLC zmckay@dorelawgroup.net,
               bbollman@dorelawgroup.net
              Zachary S McKay    on behalf of Defendant    Susser Energy Services zmckay@dorelawgroup.net,
               bbollman@dorelawgroup.net
                                                                                             TOTAL: 42
```